SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>         Plaintiff,<br>v.<br><br>DEAN MOSTOFI, an individual,<br><br>         Defendant. | Case No.: 2:11-cv-01160<br><br>**PLAINTIFF RIGHTHAVEN LLC'S CERTIFICATE OF INTERESTED PARTIES** |

     In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

     1. Righthaven LLC, a Nevada limited-liability company;

     2. SI Content Monitor LLC, an Arkansas limited-liability company;

     3. Net Sortie Systems, LLC, a Nevada limited-liability company; and

     4. Stephens Media LLC, a Nevada limited-liability company.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 13th day of July, 2011.

          SHAWN A. MANGANO, LTD.

          By: /s/ Shawn A. Mangano, Esq.
          SHAWN A. MANGANO, ESQ.
          Nevada Bar No. 6730
          shawn@manganolaw.com
          9960 West Cheyenne Avenue, Suite 170
          Las Vegas, Nevada 89129-7701
          Tel.: (702) 304-0432
          Fax: (702) 922-3851

          *Attorney for Plaintiff Righthaven LLC*