UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIGHTHAVEN LLC,                )
                               )
    Plaintiff,              )     2:11-cv-01160-LRH-CWH
vs.                            )
                               )     ORDER OF DISMISSAL WITHOUT
DEAN MOSTOFI,                  )     PREJUDICE PURSUANT TO RULE 4 (m)
                               )     FEDERAL RULES OF CIVIL PROCEDURE
    Defendant.              )
_____)

    Counsel for plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

    IT IS ORDERED that the action is hereby dismissed without prejudice as to: DEAN MOSTOFI.

    DATED this 1st day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE